IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS BUTLER,

    Plaintiff,                                  No. CIV S-08-0857 GEB GGH P

    vs.

CDCR, et al.,

    Defendants.

_____/                              ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 22, 2008, defendants Webster and Wolcott removed this action from state court. On April 24, 2008, defendants filed a request for the court to screen the complaint.

    The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////
/////
/////
/////
/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that defendants
2  Wolcott and Webster shall file a response to the complaint within ten days of the date of this
3  order.
4  DATED: 05/08/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

8  but857.1