IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS BUTLER,

    Plaintiff,                       No. CIV S-08-0857 GEB GGH P

    vs.

CDCR, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. On April 22, 2008, defendants removed this action from state court pursuant to 28 U.S.C. § 1441. On May 8, 2008, plaintiff filed an opposition to the removal. Plaintiff argues that this action was improperly removed because he raises state law claims only. The court construes plaintiff's opposition as a motion to remand pursuant to 28 U.S.C. § 1447(c).

        28 U.S.C. § 1441 authorizes removal of any civil action brought in the state court over which the federal district courts would have original jurisdiction. "Only...actions that originally could have been filed in federal court may be removed to federal court by the defendant." Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987). Absent diversity of citizenship (not present here), federal question jurisdiction is required. Federal district courts have original jurisdiction over all civil actions arising under the Constitution of the United States

1

pursuant to 28 U.S.C. § 1331.

In his complaint, plaintiff alleges that defendants violated his Eighth Amendment rights. See Complaint, court file document p. 17: "...and under 42 U.S.C. § 1983, alleging deliberate indifference to his (ADA) slip and fall complaint, in violation of the Eighth Amendment to the United States Constitution." Because the complaint contains a claim alleging a violation of plaintiff's constitutional rights, this action was properly removed from state court.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's May 8, 2008, opposition to the notice of removal, construed as a motion to remand, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  05/16/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

but857.rem