UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARCELLUS BUTLER,

    Plaintiff,

    v.

CDCR, L. WOLCOTT, B. WEBSTER,

    Defendants.

NO. CV-08-0857-RHW

**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY**

Before the Court is Defendants' Request for an Extension of Time to File Reply (Ct. Rec. 29). The motion was heard without oral argument and on an expedited basis.

Defendants ask the Court to extend the deadline to file their Reply to Plaintiff's Opposition to their Motion for Summary Judgment by two days. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Request for an Extension of Time to File Reply (Ct. Rec. 29) is **GRANTED**.

2. On or before June 24, 2010, Defendants shall file their Reply.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 23rd day of June, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes101AA1\grantext.wpd

**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY** ~ 1