UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARCELLUS BUTLER,

   Plaintiff,

v.

CDCR, L. WOLCOTT, B. WEBSTER,

   Defendants.

NO. CV-08-0857-RHW

**ORDER STRIKING TELEPHONIC STATUS HEARING**

A telephonic status hearing is currently set for June 30, 2010.  After the hearing was set, Defendants filed a Motion for Summary Judgment.  The Court finds that the status conference should be continued until the Court rules on the Motion for Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED**:

The telephonic hearing on June 30, 2010, is **stricken** and shall be reset after the Court rules on the Motion for Summary Judgment.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 29th day of June, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes101AA1\strikehrg.wpd

**ORDER STRIKING TELEPHONIC STATUS HEARING~ 1**